CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT GRAHAM, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SOTHEBY'S, INC., <br><br> Defendant. | Case No. CV-11-08604-MWF (FFMx) <br><br> **JUDGMENT** |

  On May 17, 2012, the Court (the Honorable Jacquelyn H. Nguyen, United States Circuit Judge, sitting by designation) issued its Order Granting Joint Motion to Dismiss, which dismissed with prejudice both this action and the related action *The Sam Francis Foundation, et al. v. Christies, Inc.*, No. CV-11-8605-JNH (FFMx).  (Docket No. 43).  Defendant Sotheby's, Inc. ("Sotheby's") has filed a Request for Entry of Judgment (Docket No. 46), pursuant to Rule 58(d) of the Federal Rules of Civil Procedure.

  Accordingly, in accordance with the Order Granting Joint Motion to Dismiss and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiffs Estate of Robert Graham, Chuck Close, and Laddie John Dill shall take nothing on their claims against Sotheby's;
2. The action is dismissed with prejudice; and
3. Defendant Sotheby's shall recover its costs on Plaintiffs' claims.

Dated: June 6, 2012

*[signature]*

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE