UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 29 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAM FRANCIS FOUNDATION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CHRISTIES, INC., a New York corporation, <br><br> Defendant - Appellee. | No. 12-56067 <br><br> D.C. No. 2:11-cv-08605-MWF-FFM <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |
| SAM FRANCIS FOUNDATION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> EBAY, INC., a Delaware corporation, <br><br> Defendant - Appellee. | No. 12-56068 <br><br> D.C. No. 2:11-cv-08622-MWF-PLA <br> U.S. District Court for Central California, Los Angeles |
| ESTATE OF ROBERT GRAHAM; et al., <br><br> Plaintiffs - Appellants, <br><br> v. | No. 12-56077 <br><br> D.C. No. 2:11-cv-08604-MWF-FFM <br> U.S. District Court for Central California, Los Angeles |

SOTHEBY'S, INC., a New York corporation,

        Defendant - Appellee.

The mandates issued on May 28, 2015 are recalled as issued in error.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk