FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CHRISTIES, INC., a New York corporation, <br><br> Defendant - Appellee. | No. 12-56067 <br><br> D.C. No. 2:11-cv-08605-MWF-FFM <br> Central District of California, <br> Los Angeles <br><br><br> ORDER |
| SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> EBAY, INC., a Delaware corporation, <br><br> Defendant - Appellee. | No. 12-56068 <br><br> D.C. No. 2:11-cv-08622-MWF-PLA <br> Central District of California, <br> Los Angeles |
| ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL, individually and on behalf of all others similarly situated, | No. 12-56077 <br><br> D.C. No. 2:11-cv-08604-MWF-FFM <br> Central District of California, <br> Los Angeles |

       Plaintiffs - Appellants,

v.

SOTHEBY'S, INC., a New York corporation,

       Defendant - Appellee.

Before: FERNANDEZ, N.R. SMITH, and MURGUIA, Circuit Judges.

This case is remanded to the district court for further proceedings consistent with the en banc panel's opinion in *Sam Francis Foundation v. Christie's Inc.*, 784 F.3d 1320 (2015).