UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case Nos. CV-11-08604-MWF-FFM** | **Date:  March 7, 2017** |
| CV-11-08605-MWF-FFM | |
| CV-11-08622-MWF-PLA | |
| Title:   Estate of Robert Graham, et al. -v- Sotheby's, Inc. | |

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On January 31, 2017, the Court granted Defendants' Joint Motion to Compel Substitution of the Proper Parties.  (Case No. 11-8604, Docket No. 150).  The Court ordered the person or entity who is the proper party for Plaintiff Estate of Robert Graham to either file a First Amended Complaint or, if the parties could not agree whether this Court has the authority to accept a First Amended Complaint, to file a request in the Ninth Circuit to remand the action for that limited purpose.  Either action was to be completed by February 27, 2017.

The Court has not received a First Amended Complaint.  Reviewing the Ninth Circuit dockets, it does not appear a request has been filed.  The Court **ORDERS** putative Plaintiff Estate of Robert Graham to show cause why neither a First Amended Complaint nor a request in the Ninth Circuit has been filed.  The response is due by March 20, 2017.  Filing either a First Amended Complaint or a request to the Ninth Circuit will be a sufficient response to the OSC.

IT IS SO ORDERED.