PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
DEANNE E. MAYNARD *(*D.C. Office, *Pro Hac Vice)*
DMaynard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-35432482
Telephone: 213.892.5200
Facsimile:  213.892.5454

STEVEN A. REISS *(Pro Hac Vice)*
steven.reiss@weil.com
HOWARD B. COMET *(Pro Hac Vice)*
howard.comet@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: 212.310.8000
Facsimile:   212.310.8007

Attorneys for Defendant
SOTHEBY'S, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ROBERT GRAHAM, *et al.*,<br><br>        Plaintiffs,<br><br>     v.<br><br>SOTHEBY'S, INC.,<br><br>        Defendant. | CASE NO. 2:11-cv-08604-MWF (FFMx)<br><br>**SOTHEBY'S, INC.'S NOTICE OF MOTION TO RENEW AND SUPPLEMENT ITS MOTION FOR ATTORNEYS' FEES**<br><br>Hon. Michael W. Fitzgerald<br>Date:   November 18, 2019<br>Time:  10:00 a.m.<br>Courtroom:  5A |

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD
HEREIN:

**PLEASE TAKE NOTICE** that on November 18, 2019 at 10:00 a.m., or as
soon thereafter as the matter can be heard, in Courtroom 5A of this court, located at
350 West First Street, Los Angeles, California 90012, Sotheby's, Inc. will and
hereby does move the Court for an order renewing and supplementing its motion
for attorneys' fees and granting the motion for attorneys' fees jointly and severally
against each plaintiff, as supplemented.

Said motion will be based on this notice, Sotheby's, Inc.'s Motion to Renew
and Supplement its Attorneys' Fees Motion, the Declarations of Howard B. Comet,
Deanne E. Maynard and David F. McDowell and exhibits attached thereto, the prior
proceedings in this action, including in the United States Court of Appeals for the
Ninth Circuit and the United States Supreme Court, and any further evidence and
argument the Court will receive at or before the hearing of this motion.

This motion is made following a conference of counsel that was held by
telephone on September 12, 2019 pursuant to Local Rule 7-3.

Respectfully submitted,

Dated:   September 23, 2019

PAUL T. FRIEDMAN
GREGORY B. KOLTUN
DEANNE E. MAYNARD *(Pro Hac Vice)*
MORRISON & FOERSTER LLP

STEVEN A. REISS *(Pro Hac Vice)*
HOWARD B. COMET (*Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP

By:   */s/*Howard B. Comet
Howard B. Comet

Attorneys for Defendant Sotheby's Inc.

2

1   Dated:  September 23, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LISA H. ABBOT
MORRISON & FOERSTER LLP


By: :  */s/*Lisa H. Abbot
LISA H. ABBOT
Attorneys for Defendant

SOTHEBY'S, INC.'S NOTICE OF MOTION TO RENEW AND
SUPPLEMENT ITS MOTION FOR ATTORNEYS' FEES