JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOTHEBY'S, INC., a New York corporation,<br><br>Defendant. | Case No. 2:11-cv-8604 MWF (FFMx)<br><br>Judge Michael W. Fitzgerald<br><br>ORDER OF DISMISSAL<br><br><br>F.R.C.P. 41(a)(1)(A)(ii) |

1  Pursuant to the Stipulation filed on June 29, 2020 (Docket No. 201) under
2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and having been informed that
3  Plaintiffs Estate of Robert Graham, Chuck Close, Laddie John Dill and Defendant
4  Sotheby's, Inc. have settled the case pursuant to a confidential settlement agreement
5  and confidential addendum, the Court hereby dismisses with prejudice the above-
6  referenced matter in its entirety, each side to bear its own attorney fees and costs.
7  The Court retains jurisdiction to enforce the confidential settlement agreement and
8  confidential addendum.
9  IT IS SO ORDERED.

11 Dated:  June 30, 2020

   *[signature]*
   MICHAEL W. FITZGERALD
   United States District Judge